UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SOFIA A. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-02112-KJD-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GOLD COAST HOTEL AND CASINO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before the Court on Plaintiff's Motion for an Extension of Time to File a Certificate of Interested Parties (#4), filed January 12, 2012.

  Local Rule 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases), *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case. Local Rule 7.1-1(b) further provides that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, Local Rule 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.

  Plaintiff's Certificate of Interested Parties was due by January 8, 2012. It was not filed in a timely fashion because Plaintiff did not receive notification until January 10, 2012. Thus, the Court will grant Plaintiff an extension and require the Certificate of Interested Parties to be filed no later than

Friday, February 3, 2012.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for an Extension of Time to File a Certificate of Interested Parties (#4) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall file her Certificate of Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., on Friday, February 3, 2012.** Failure to comply may result in the issuance of an order to show cause why sanctions, including a recommendation to the District Judge that this case be dismissed, should not be imposed.

Dated this 18th day of January, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge