# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SOFIA A. WILLIAMS, | 2: 11 -cv -2112 -KJD-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| GOLD COAST HOTEL AND CASINO, *et al.*, | |
| Defendant. | |

    Pursuant to counsel's request, the Early Neutral Evaluation scheduled for Friday, April 20, 2012 at 9:30 a.m. is vacated and rescheduled for Monday, June 18, 2012 at 9:30 a.m.  The confidential statements are due to chambers on or before 4:00 p.m., Monday, June 11, 2012.  All other requirements as stated in the Order Scheduling Early Neutral Evaluation Session (dkt. 39) shall remain unchanged.

    DATED this 12th day of April, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE