1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SOFIA A. WILLIAMS,                          )
                                            )
                        Plaintiff,          )      Case No. 2:11-cv-02112-KJD-CWH
                                            )
vs.                                         )      **ORDER**
                                            )
GOLD COAST HOTEL AND CASINO, et al.,        )
                                            )
                                            )
                        Defendants.         )
_____)

This matter is before the Court on Plaintiff's Motion for Standard Discovery Plan and Request for Waiver of Filing Discovery Plan (#56), filed April 16, 2012, and Defendants' Proposed Discovery Plan and Scheduling Order (#55), filed April 16, 2012.

Pursuant to Local Rule ("LR") 26-1(d), Plaintiff is required to initiate the Rule 26(f) meeting within thirty days after the first defendant answers or otherwise appears. Within fourteen days after the Rule 26(f) conference, the parties must submit a stipulated discovery plan and scheduling order. Plaintiff has not complied with the requirement to initiate the Rule 26(f) meeting. The parties have not complied with the foregoing rules. Moreover, the parties competing discovery plans and scheduling orders do not comply with LR 26-1(e). Plaintiff is not relieved of the obligation to comply with the Local Rules by virtue of her *pro se* status. Plaintiff is instructed to initiate the Rule 26(f) conference within fourteen (14) days of this order and, subsequently, the parties are instructed to file a stipulated discovery plan and scheduling order as required by the Local Rules. The failure to participate "in good faith in developing and submitting a proposed discovery plan as required by Rule 26(f)" is grounds for

monetary sanctions.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that  Plaintiff's Motion for Standard Discovery Plan and Request for Waiver of Filing Discovery Plan (#56) is **denied**.

**IT IS FURTHER ORDERED** that Defendants' Proposed Discovery Plan and Scheduling Order (#55) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff shall initiate the required Rule 26(f) scheduling conference by **May 2, 2012.**  The parties are instructed to file a stipulated discovery plan and scheduling order within fourteen (14) days after completion of the Rule 26(f) conference.

Dated this 17th day of April, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge