UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SOFIA A. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-02112-APG-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GOLD COAST HOTEL AND CASINO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' Ex Parte Motion for an Extension of Time to File a Reply to Plaintiff's Amended Opposition (#104), filed December 2, 2013.

On September 24, 2013, Defendants filed a motion requesting reconsideration the Court's order on Defendants' motion to dismiss. *See* (#95). Plaintiff, who is proceeding *pro se*, filed her initial response on November 7, 2013. (#99). A few days before the reply was due, Defendants' counsel filed his first ex parte motion requesting a two-week extension of time to file a reply brief. (#100). The motion was granted and the reply brief deadline reset to December 2, 2013. (#101). Before the new reply deadline, Plaintiff filed an amended response (#103), which appears to include two new pages previously, and presumably inadvertently, not included in the original response. Based on the foregoing, and pursuant to Federal Rule of Civil Procedure 6(b), the undersigned finds there is good cause for the requested extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Ex Parte Motion for an Extension of Time to File a Reply to Plaintiff's Amended Opposition (#104) is **granted**.

1  **IT IS FURTHER ORDERED** that Defendants' Reply shall be filed by Friday, December 13, 2013.

Dated: December 3, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge