1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SOFIA A. WILLIAMS,                          )
                                            )
                        Plaintiff,          )        Case No. 2:11-cv-02112-APG-CWH
                                            )
vs.                                         )        **ORDER**
                                            )
GOLD COAST HOTEL AND CASINO, et al.,        )
                                            )
                                            )
                        Defendants.         )
_____)

This matter is before the Court on Plaintiff's Motion for New Hearing (#118), filed October 27, 2014.

On October 20, 2014, Defendant filed a motion for protective order. (#115). Given the limited purpose for which discovery was reopened and the limited time to conduct the discovery, the Court scheduled the motion for a hearing on shortened time. Defendants appeared through counsel at the hearing on October 27, 2014. Plaintiff did not appear at the scheduled time. As such, the undersigned indicated that an order to show cause would issue. Shortly thereafter, Plaintiff filed the motion currently under consideration requesting a new hearing because she did not get notice of the previously scheduled hearing due to an inability to access her mail in a timely manner. The undersigned has reviewed the circumstances set forth in Plaintiff's motion (#118) and will grant the request for a new hearing. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for New Hearing (#118) is **granted**.

**IT IS FURTHER ORDERED** that a Motion Hearing is set for **Thursday, November 6, 2014**

**at 3:30 PM in Las Vegas Courtroom 3C** on Defendant's Motion for Protective Order (#115).

     **IT IS FURTHER ORDERED** that Plaintiff shall file her response, which shall not exceed 20 pages, on or before **Tuesday, November 4, 2014**.  Failure to do so may result in the Court granting Defendant's motion due to non-opposition.

     Dated: October 28, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge